**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**ROBERTA D'AMORE MARK**                    :
**and KATHERINE MARK,**

                                   :

      **Plaintiffs,**

                                   :

**vs.**                                                             **CA 09-0706-CG-C**

                                   :

**WOOD HAULERS, INC., et al.,**

                                   :

      **Defendants.**

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 16, 2009, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 31st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE