# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ROBERTA D'AMORE MARK** and **KATHERINE MARK**, | : |
| Plaintiffs, | : |
| vs. | : CA 09-0706-CG-C |
| **WOOD HAULERS, INC., et al.**, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand filed in this case (Doc. 9) is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE and ORDERED** this 31st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE